**Samuel C. Kauffman**, OSB #94352
E-Mail: skauffman@gsblaw.com
**Garvey Schubert Barer**
Eleventh Floor
121 S.W. Morrison Street
Portland, Oregon  97204-3141
Telephone: (503) 228-3939
Fax: (503) 226-0259

    Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>  v.<br><br>**JAMIE HOLDER,**<br><br>    Defendant. | Case No. CR 05-325-RE<br><br>**MOTION FOR JOINDER** |

    Defendant Jamie Holder, by and through counsel, Samuel C. Kauffman, does hereby move the Court to enter an order recognizing her joinder in the Motion for Discovery and Issuance of Rule 17(c) Subpoenas heretofore filed in District Court Case No. 05-CR-325-01-RE on behalf of Defendant Nickalas Ail on August 8, 2006.  Ms. Holder further moves the Court to

    //

    //

    //

grant her all and equivalent relief as may be granted to Defendant Ail pursuant to the afore-said Motion for Discovery and Issuance of Rule 17(c) Subpoenas.

DATED this 22nd day of November, 2006.

>GARVEY SCHUBERT BARER
>
>By  s/ Samuel C. Kauffman
>  Samuel C. Kauffman, OSB #94352
>  Telephone: (503) 228-3939
>  Fax: (503) 226-0259
>  E-Mail: skauffman@gsblaw.com
>  Attorneys for Defendant

PDX_DOCS:382966.1 [36023-00100]