KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
**FRANK NOONAN, OSB #70104**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Frank.Noonan@usdoj.gov
      Attorneys for United States of America

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 05-325-RE |
| v. | **GOVERNMENT'S MOTION TO QUASH Fed. R. Crim. P. 17(c) SUBPOENAS** |
| **NICKALAS AIL,** Defendant. | *SECONDHAND STORE CASE* |

The United States of America, by Karin J. Immergut, United States Attorney for the District of Oregon, through Frank Noonan, Assistant United States Attorney (AUSA) for the District of Oregon, hereby moves the court to quash the Fed. R. Crim. P. 17(c) *duces tecum* subpoenas submitted by defendant.

Dated this 9th day of March 2007.

                                                     Respectfully submitted,

                                                   KARIN J. IMMERGUT
                                                 United States Attorney
                                                 District of Oregon

                                                 s/ *Frank Noonan*
                                                 FRANK NOONAN, OSB #70104
                                                 Assistant United States Attorney